# EXHIBIT B



Mark T. Bryant
Right of Way Engineer

3001 Cobb Parkway
Room 162 – 17
Atlanta, Georgia 30339
770-953-5516 Office
678-493-3491 Home Office
281-664-3845 Fax
mtbryant@att.com

May 18, 2005

Assistant Vice President
Corporate Development
National Railroad Passenger Corporation
400 North Capitol Street, N.W.
Washington, D.C.  20001

Dear Sir or Madame:

This letter will serve as notice that AT&T is requesting renewal of the Amtrak Lease
Agreement and Communications Agreement entered into on December 31, 1985 between
Amtrak and AT&T and expiring at 12:01 a.m. on January 1, 2006.  The agreements cover
primary railroad right of way controlled by Amtrak between Washington, D.C. and
Philadelphia, Pennsylvania.  AT&T is also requesting renewal of Amendments one (1)
through six (6) to these agreements.

If you have any questions, please let me know.

Sincerely,

Mark T. Bryant

**1 Sender Account Number**
783350374

**Preprint Format No.**
130759090

**5 Payment** Sender will be billed unless marked otherwise
Bill to:
Receiver ☐  3rd Party ☐

**Origin**
BGK

**Waybill Number**
29778478542

Account No. (Required if 3rd Party)
167293573

☐ Paid in Advance   Check No.   Amount

**FROM (Company)**
A T T CORP

**Street Address**
3001 COBB PARKWAY NW

**City**
ATLANTA

**State**
GA

**ZIP CODE (Required)**
30337

Billing Reference (will appear on invoice)

**Sent by (Name/Dept)**
Mark Bryant

**Phone (Required)**
770-953-5516

**6 # of Pkgs**
1

**Weight (LBS)**
7

**7 Packaging**
Once box must be checked
☐ Bundle Envelope  ☐ Express Pak  ☐ Other Packaging

**2 TO (Company)  PLEASE PRINT NEATLY**
National Railroad Passenger Corporation

**Street Address**  DHL CANNOT DELIVER TO P.O. BOX
400 North Capitol Street NW

**Special Instructions**
☐ Saturday Delivery  (fees charge. Not available for all services and locations.)
☐ Lab Pack Service

☐ Hold at DHL

**City**  (MUST BE U.S. CITY STATE & ZIP CODE)
Washington

**State**
DC

**ZIP CODE (Required)**
20001

**Shipment Valuation**
Shipment Value Protection ☐ $ . . . . . . . . . .00

**Attention: (Name/Dept)**
Corporate Development

**Phone (Required)**
800 872 7245

**Payment Details (Credit Card)**
No.

**Description**

Type _____  Expires _____
Auth. _____

**Sender's Signature**
[signature]

**Date**
5-18-05

**DHL Signature**

**Date**

**3 Service Type**
One box must be checked.  Amount may vary depending on destination. If none checked, first charge.

☐ 10:30
☐ 12:00
☐ 3:00

5|00

*Service may vary by destination. visit www.dhl-usa.com

**4**
AGENT & SHIPPER SHIPMENT VALUATION. AGENT'S LIABILITY IS LIMITED TO EITHER PER PACKAGE, THE ACTUAL VALUE, WHICHEVER IS LESS, UNLESS A CONSIGNOR DECLARED VALUE OF ASSOCIATED BILL FIND AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

DHL Worldwide Express, Inc.
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY