# EXHIBIT C



BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (215) 569-5609
Fax:     (215) 832-5609
Email:   siembieda@blankrome.com

December 12, 2005

**VIA HAND DELIVERY
AND U.S. CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Sally J. Bellet, Esquire
Vice President – Real Estate Development
Amtrak – National Railroad Passenger Corporation
Amtrak 30th Street Station, 4 South
Philadelphia, PA 19104

        RE:    AT&T's Demand for Arbitration pursuant to Section 17.2 of Lease
              Agreement dated December 31, 1985 (Right-of-Way between
              <u>Philadelphia, PA and Washington, DC)</u>

Dear Sally:

      This letter serves to advise National Railroad Passenger Corporation ("Amtrak") that pursuant to Section 17.2 of the above referenced Lease Agreement, AT&T hereby refers to binding arbitration the issue of whether AT&T renewed the Lease Agreement and is entitled to the continued occupancy and use of the right-of-way that is the subject of the Lease Agreement.

      Please let me know your availability this week to discuss the selection of an arbitrator to hear this dispute. Thank you.

                                      Sincerely,

                                      MATTHEW J. SIEMBIEDA

cc:    Cindy Durst
       David P. Flinkstrom
       Deborah S. Droller, AT&T Senior Attorney