UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AT&T Corp.,

    *Plaintiff,*

v.            Civil Action No. _____

NATIONAL RAILROAD PASSENGER
CORPORATION,

    *Defendant.*

### CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for plaintiff AT&T Corp., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AT&T Corp. which have any outstanding securities in the hands of the public:

> AT&T Inc. (Parent of AT&T Corp.)
> AT&T Credit Holdings, Inc.
> AT&T Latin America

In addition, AT&T Corp. and its parent company, AT&T, Inc. have many other subsidiaries and affiliates. However, to the best of my knowledge and belief, the above listed entities are the only ones which have any outstanding securities in the hands of the public

These representations are made in order that judges of this Court may determine the need for recusal.

December 12, 2005

*[signature: William R. Martin]*

William R. Martin, D.C. Bar No. 465531
Alan M. Freeman, D.C. Bar No. 454693
BLANK ROME LLP
Watergate, 12th Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370

*Counsel for Plaintiff AT&T Corp.*