UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AT&T Corp., <br><br>    *Plaintiff,* <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br><br>    *Defendant.* | : <br> : <br> : <br> : <br> : Civil Action No. _____ <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 65.1

I, the undersigned, counsel of record for plaintiff AT&T Corp., certify that actual notice of the time of making AT&T Corp.'s application for a temporary restraining order and preliminary injunctive relief, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to the defendant, National Railroad Passenger Corporation, in the following manner as provided by 49 U.S.C. §24301(6):

  By certified mail and hand delivery to

      Secretary of Amtrak
      National Railroad Passenger Corporation
      60 Massachusetts Avenue, N.E.
      Washington, D.C. 20002

      Steard G. Simonson
      National Railroad Passenger Corporation
      60 Massachusetts Avenue, N.E.
      Washington, D.C. 20002

  In addition, my partner, Matthrew J. Siembieda, provided actual notice of the time of making of AT&T Corp.'s application for a temporary restraining order and

preliminary injunctive relief, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, to the following by certified mail and hand delivery:

>Sally J. Bellet, Esquire
>VIce President- Real Estate Development
>National Railroad Passenger Corporation
>Amtrak 30th Street Station, 4 South
>Philadelphia, Pennsylvania 19104

December 12, 2005

William R. Martin, D. C. Bar No. 465531
Alan M. Freeman, D.C. Bar No. 454693
BLANK ROME LLP
Watergate, 12th Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370

*Counsel for Plaintiff AT&T Corp.*