IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AT&T CORP., | : | Civil Action No. |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of Plaintiff AT&T Corp.'s Verified Complaint for Declaratory Judgment, Motion for Temporary Restraining Order and Preliminary Injunction, and the accompanying Memorandum of Law in support thereof, and any response thereto, it is hereby determined that:

1. Plaintiff AT&T Corp. ("AT&T") will suffer immediate and irreparable harm if Defendant National Railroad Passenger Corporation ("Amtrak") is permitted to interfere with AT&T's continued occupancy and use of Amtrak's right-of-way between Washington, DC and Philadelphia, Pennsylvania during the arbitration pending between the parties.

2. AT&T does not have an adequate remedy at law in the absence of injunctive relief.

3. Greater injury will be inflicted upon AT&T by the denial of temporary and preliminary injunctive relief than would be inflicted on Amtrak by the granting of such relief.

4. The public interest will be served by the imposition of injunctive relief against Amtrak.

Therefore, it is hereby **ORDERED** and **DECREED** that:

    a.    AT&T's Motion for Temporary Restraining Order and Preliminary Injunction is **GRANTED.**

    b.    Amtrak is **PROHIBITED** from interfering with AT&T's continued occupancy and use of the right-of-way between Washington, DC and Philadelphia, Pennsylvania during the pending arbitration.

    c.    The parties' rights and obligations under the Lease Agreement shall remain in effect during the pending arbitration.

    d.    This Order shall continue in effect until further Order by this Court.

    e.    This Order is effective immediately upon presentation to this Court of AT&T's bond in the amount of $_____.

    f.    A hearing on AT&T's Motion for Preliminary Injunction is scheduled for December ____, 2005 in Courtroom _____ at _____.m.

BY THE COURT:

_____
U.S.D.J.

Dated: December _____, 2005

Time: _____.m.