UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AT&T Corp., <br><br> *Plaintiff,* <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> *Defendant.* | : <br> : <br> : <br> : <br> : C.A. No. 1:05CV02372 <br> : <br> : <br> : <br> : |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff AT&T Corp. hereby voluntarily dismisses its Complaint in this action with prejudice, each party to pay its own costs.

December 29, 2005

/S/
William R. Martin, D.C. Bar No. 465531
Alan M. Freeman, D.C. Bar No. 454693
BLANK ROME LLP
Watergate, 12th Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370

*Counsel for AT&T Corp.*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2005, a copy of the foregoing, plaintiff's NOTICE OF VOLUNTARY DISMISSAL, was served by facsimile and first-class mail, postage prepaid, on the following:

>Marylin Jenkins Milner, Esquire
>Associate General Counsel
>National Railroad Passenger Corporation
>60 Massachusetts Avenue, N.E.
>Washington, D.C.  20002
>Tel: (202) 906-3027
>Fax: (202) 906-2821
>
>*Counsel for Defendant*

_____
Michelle Grant